1
2
3              UNITED STATES DISTRICT COURT
4           FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                      OAKLAND DIVISION
6

| | |
|---|---|
| KEITH JENKERSON and DANA JENKERSON d/b/a KD METEORITES, as individuals,<br><br>  Plaintiffs,<br><br>  vs.<br><br>MAINE MINERAL & GEM MUSEUM, a Maine Corporation; DARRYL PITT, an individual; LAWRENCE STIFLER, an individual; and MARY MCFADDEN, an individual,<br><br>  Defendants. | Case No:  C 16-05106 SBA<br><br>Related to<br>Case No:  C 16-00909 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

The Court having been notified of the settlement of this action, <u>see</u> Dkt. 15, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within sixty (60) days of this order.  All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated:  10/12/2016

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge